UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 12-6981 CJC(DTB)          Date: September 5, 2012

Title:   Romulo Flores-Hidalgo -vs- Eric Holder Jr.

========================================================================
PRESENT: HON. AUDREY B. COLLINS, CHIEF U.S. DISTRICT JUDGE

    Angela Bridges                      None
    Deputy Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:
None present                            None present

PROCEEDINGS: (In Chambers) ORDER TO SHOW CAUSE RE FAILURE TO COMPLY
             WITH LOCAL RULE 3-2 AND SCHEDULING ORDER TO SHOW
             CAUSE HEARING BEFORE THE CHIEF JUDGE

     On, August 23, 2012 this Court issued an Order to Comply With Local Rule 3-2, which requires that all manually filed civil initiating documents be e-mailed in electronic form (PDF format only) within twenty-four hours of the date the civil initiating documents are filed. Plaintiff's counsel has failed to comply with that Order of Court.

     IT IS HEREBY ORDERED that counsel appear in person before Chief Judge AUDREY B. COLLINS, on **September 10, 2012, at 10:00 a.m.**, Courtroom 680, Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, to show cause why monetary sanctions should not be imposed against counsel pursuant to Local Rule 83-7(a), for failure to comply with Local Rule 3-2.

     A written response to this Order to Show Cause shall be filed no later than **Friday, September 7, 2012. Failure to do so will result in the matter being submitted to the Court without hearing and be deemed consent to the imposition of sanctions.** To contact the Deputy Clerk to Chief Judge Collins, call Angela Bridges, at (213) 894-6500.

     The Clerk shall serve this minute order on all parties/counsel in this action.


                                                     :
                                    Initials of Deputy Clerk:   ljw for AB