# JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMULO FLORES-HIDALGO,<br><br>Petitioner,<br><br>vs.<br><br>ERIC HOLDER, JR.,<br><br>Respondent. | Case No. CV 12-6981-JGB (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered dismissing the Petition with prejudice.

Dated: 9/25/13

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE