1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMULO FLORES-HIDALGO, | ) Case No. CV 12-6981-JGB (DTB) |
| Petitioner, | ) |
| | ) ORDER ACCEPTING FINDINGS, |
| vs. | ) CONCLUSIONS AND |
| | ) RECOMMENDATIONS OF UNITED |
| ERIC HOLDER, JR., | ) STATES MAGISTRATE JUDGE |
| Respondent. | ) |
| | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition with prejudice.

Dated: 9/25/13

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1